Opotowsky and Sons

vs                                                        No.8880

Jno W.Henderson,Appellant.

Charles F.Claiborne,Judge.

February 19th 1923

Court of Appeal,
PARISH OF ORLEANS
FILED 2/19/23
J. D. Stansbury

Opotowsky and Sons

vs                                              No.8880

Jno W.Henderson,Appellant.

Charles F.Claiborne,Judge.

Plaintiff claims $152.15 balance due for goods sold and delivered.

Defendant failing to appear,there was judgment against him by default for the amount claimed,with five per cent interest.

The defendant has taken a suspensive appeal.

The plaintiff and appellee answered the appeal and prayed for ten per cent damages for frivolous appeal.C.P.907-890

No error in the judgment has been pointed out on Appeal and it appears to be frivolous and to have been taken for delay only.

In such cases,damages will be allowed. 1 H.D.101-1 L.D. 55-1 Taylor D.67-1 B.D. 52 -14 La 347- 16 La 565-569-17 A 77 30 A 400 -.

It is therefore ordered that the judgment herein be affirmed with ten per cent damages for a frivolous appeal.

Judgment affirmed with damages for frivolous appeal.

February 19th 1923.